(81 South. 145)

Petition of CURTIS, County Judge.
(6 Div. 416.)

(Court of Appeals of Alabama. Jan. 14, 1919.)

CERTIORARI ⊕⇒49 — WRIT — RETURN—NECESSITY.

Petition to the Court of Appeals for certiorari will be dismissed, there having been no return to the writ issued thereon, or to the alias writ, in the absence of which the court is without jurisdiction to review, and it being incumbent on prosecutor to see that the return is made and to invoke the aid of the court to compel compliance with the mandate of the writ.

Petition for common-law certiorari by John S. Curtis, as Judge of the County Court of Winston County. Dismissed.

W. V. Mayhall, of Haleyville, for petitioner.
J. A. Stagners, of Haleyville, opposed.

SAMFORD, J. The petition in this cause was submitted November 29, 1917. On January 30, 1918, writ was awarded and notice ordered to issue to Charles Shafer or to J. A. Stagner, his attorney of record, to appear and defend. No return was made to this writ, and on April 18, 1918, an alias writ was issued. No return is made to the alias.

"Although it is the duty of the officers to whom the writ is directed to prepare their return, and although they may be compelled summarily to make a return, yet it is incumbent upon the prosecutor of the writ, rather than the adverse party to him, to see that the return is made and to invoke the aid of the court to compel the compliance with the mandate of the writ." St. John v. Richter et al., 167 Ala. 660, 52 South. 465, 466, and authorities there cited.

In the absence of the return, this court is without jurisdiction to review. The petition is dismissed. St. John v. Richter et al., supra.

Dismissed for want of jurisdiction.